Vanessa Jarvis, SBN 201585
E-mail: vanessa@barklawfirm.com
**BARKHORDARIAN LAW FIRM, PLC**
6047 Bristol Parkway, Second Floor
Culver City, CA 90230
Telephone: (323) 450-2777
Facsimile: (310) 215-3416

Attorneys for Plaintiffs

Andrew J. Sommer, SBN 192844
E-Mail: asommer@fisherphillips.com
Teri A. Gibbs, SBN 326082
E-Mail: jmoon@fisherphillips.com
**FISHER & PHILLIPS LLP**
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
SHAMROCK FOODS COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JOSE ACEVEDO, an individual; ANGEL GEIGEL, an individual; JOSE OCHOA, an individual; RICHARD CHILLON, an individual; on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br>vs.<br><br>SHAMROCK FOODS COMPANY, an Arizona Corporation; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.: 5:23-cv-00930-AB-PD<br><br>*Assigned to Hon. Andre Birotte Jr., Dept. 7B*<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ENTIRE CASE PURSUANT TO F.R.C.P. 41(a)**<br><br>Complaint filed: 04/18/2023<br>Complaint Removed: 05/19/2023 |

|   |   |
|---|---|
| 1 | **TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:** |

With the last remaining Plaintiffs this case, JOSE ACEVEDO and RICHARD CHILLON, having reached settlements with Defendant Shamrock Foods Company, the parties hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this entire action, be dismissed with prejudice, with each party bearing that party's own attorney's fees and costs.

Dated: April 30, 2024          FISHER & PHILLIPS LLP

/s/ Andrew J. Sommer
ANDREW J. SOMMER
TERI A. GIBBS
Attorneys for Defendant
SHAMROCK FOODS COMPANY

Dated: April 30, 2024          BARKHORDARIAN LAW FIRM, PC

/s/ Vanessa J. Jarvis

VANESSA JARVIS
Attorneys for Plaintiffs

**ECF SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4 regarding signatures, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 30, 2024          /s/ Vanessa J. Jarvis
Vanessa J. Jarvis

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is 6047 Bristol Parkway, Culver City, CA 90230.

On April 30, 2024, I served the foregoing document described as:

- **STIPULATION AND ORDER OF DISMISSAL OF ENTIRE CASE PURSUANT TO F.R.C.P. 41(a)**

on the interested parties in this action by placing the same in a sealed envelope, as follows:

Teri Gibbs, Esq.
Andrew Sommer, Esq.
FISHER & PHILLIPS LLP
444 South Flower Street, suite 1500
Los Angeles, CA 90071
Email(s): tgibbs@fisherphillips.com; asommer@fisherphillips.com

☐ **(by FEDERAL EXPRESS)** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☒ **(by ELECTRONIC SUBMISSION)** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities

/s/ *Alma Farias*
_____
Alma Farias