JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACEVEDO, an individual; ANGEL GEIGEL, an individual; JOSE OCHOA, an individual; RICHARD CHILLON, an individual; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHAMROCK FOODS COMPANY, an Arizona Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:23-cv-00930-AB-PD<br><br>~~[PROPOSED]~~ ORDER RE: DISMISSAL OF ENTIRE CASE PURSUANT TO FRCP 41(a) |

1

Having reviewed the Parties' Joint Stipulation to dismiss this entire action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS HEREBY ORDERED** that:

1. Pursuant to a settlement between Plaintiffs and Defendant, Shamrock Foods Company, Defendant is dismissed with prejudice as to all causes of action, with each party bearing that party's own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: May 2, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE